RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Andre Antrill Park

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>ANDRE ANTRILL PARK,<br><br>         Defendant. | Case No. 2:19-cr-00002-RFB-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Andre Antrill Park, that the Sentencing Hearing currently scheduled on November 9, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel is new to this case and needs additional time to meet with the defendant and prepare for sentencing.

2. The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay but merely to allow counsel for defendant sufficient time to prepare for sentencing.

This is the first request for a continuance of the sentencing hearing.

DATED this 18th day of October, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Joanne L. Diamond*<br>By_____<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | */s/ Brian Y. Whang*<br>By_____<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ANDRE ANTRILL PARK,<br><br>        Defendant. | Case No. 2:19-cr-00002-RFB-EJY<br><br>**ORDER** |

     IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, November 9, 2021 at 11:00 a.m., be vacated and continued to December 9, 2021 at the hour of 9:00 a.m.

     DATED this 28th day of October, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE